NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**CORNING INCORPORATED,**
*Appellant*

**v.**

**DSM IP ASSETS B.V.,**
*Cross-Appellant*

_____

15-1069
(Serial no. IPR2013-00048 )
_____

Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board.
_____

ON MOTION

_____

O R D E R

Upon consideration of the cross-appellant DSM IP
Assets B.V.'s unopposed motion to extend time to file
cross-appellant's principal brief until March 23, 2015,

IT IS ORDERED THAT:

The motion is granted.


                                        FOR THE COURT


February 19, 2015              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


cc: Kyle E. Friesen
Michael L. Goldman
Sharon A. Israel
Joseph A. Mahoney
Richard A. McGuirk
Erick J. Palmer